# IN THE UNITED STATES DISTRICT COURT
## EASTERN MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DARRELL DANCY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:20-cv-00764-AGF |
| ) | |
| WIRELESS VISION, LLC ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through his counsel, and dismisses the above referenced matter with prejudice.

Each party to bear their own costs.

**MAGEE LAW FIRM, LLC**

/s/ Richard J. Magee
Richard J. Magee MoBar #29943
200 S. Hanley Rd. Suite 500
Clayton, MO 63105
314-960-3224
314-480-7000
rmageelawyer@gmail.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing was sent via the Court's electronic filing system this 1st day of October, 2021 to the following:

Narcisa Przulj
Benjamin R. Wesselschmidt
Attorneys for Defendant

              /s/Richard J. Magee_____